# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-five.

In Re: Eletson Holdings Inc.,

  Debtor,

**ORDER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Docket No. 25-176

Eletson Holdings Inc.,

  Debtor - Appellant,

Pach Shemen LLC, VR Global Partners, L.P., Alpine Partners (BVI), L.P., Gene B. Goldstein, In His Capacity as Trustee of the Gene B. Goldstein and Francine T. Goldstein Family Trust, Tracy Lee Gustafson, Jason Chamness, Ron Pike, Robert H. Latter, Mark Millet, In His Capacity as Trustee of the Mark E. Millet Living Trust and In His Capacity as Trustee of the Millet 2016 Irrevocable Trust, Farragut Square Global Master Fund, L.P.,

  Appellees,

Official Committee of Unsecured Creditors,

  Interested Party - Appellee.

ABC,

  Plaintiff,

Docket No. 25-445

Eletson Holdings Inc., Eletson Corporation,

  Petitioners-Appellees,

   v.

DEF,

       Defendant,

Levona Holdings Ltd.,

       Respondent - Appellee,

   v.

Reed Smith LLP,

       Interested-Party-Appellant.

      IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

                           For the Court:

                           Catherine O'Hagan Wolfe,
                           Clerk of Court