# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand twenty-five.

Before:     Eunice C. Lee,
              *Circuit Judge.*

---

| | |
|---|---|
| In Re: Eletson Holdings Inc., <br>       Debtor, <br> ******************************** <br> Eletson Holdings Inc., <br><br>       Debtor - Appellant, <br><br> Lassia Investment Company, Glafkos Trust Company, Family Unit Trust Company, <br><br>       Intervenors, <br> v. <br><br> Pach Shemen LLC, et al., <br><br>       Appellees, <br><br> Official Committee of Unsecured Creditors, <br><br>       Interested Party - Appellee. | **ORDER** <br><br> Docket No. 25-176 |

---

| | |
|---|---|
| Eletson Holdings Inc., Eletson Corporation, <br><br>       Petitioners-Appellees, <br> v. <br><br> Levona Holdings Ltd., <br><br>       Respondent - Appellee, <br> v. <br><br> Reed Smith LLP, <br><br>       Interested-Party-Appellant. | Docket No. 25-445 |

---

  Appellants move for an emergency injunction regarding Appellees' review, use, transfer, or disclosure of Eletson Holdings and Eletson Corporation documents pending appeal. Appellants also request an emergency administrative stay pending decision on this motion.

  IT IS HEREBY ORDERED that the motion for an injunction pending appeal is REFERRED to a three-judge panel. To the extent Appellants request an emergency administrative stay pending decision by the panel, that request is DENIED.

          For the Court:
          Catherine O'Hagan Wolfe,
          Clerk of Court