# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-six.

---

In Re: Eletson Holdings Inc.,

Debtor,

********************************

Eletson Holdings Inc.,

Debtor - Appellant,

Lassia Investment Company, Glafkos Trust Company, Family Unit Trust Company,

Intervenors,

v.

Pach Shemen LLC, et al.,

Appellees,

Official Committee of Unsecured Creditors,

Interested Party - Appellee.

**ORDER**

Docket No. 25-176

---

Eletson Holdings Inc., Eletson Corporation,

Petitioners-Appellees,

Docket No. 25-445

v.

Levona Holdings Ltd.,

Respondent - Appellee,

v.

Reed Smith LLP,

Interested-Party-Appellant.

---

Eletson Holdings Inc., Eletson Corporation,

Petitioners - Appellants, Docket No. 25-1313

v.

Levona Holdings Ltd.,

Respondent - Appellee,

Apargo Limited, Fentalon Limited, Desimusco Trading Limited,

Intervenors.

---

Apargo Limited, Fentalon Limited, Desimusco Trading Limited,

Intervenors - Appellants, Docket No. 26-287

v.

Eletson Holdings Inc., Eletson Corporation,

Petitioners-Cross-Respondents-Appellees,

v.

Levona Holdings Ltd.,

Respondent-Cross-Petitioner-Appellee.

---

Eletson Holdings Inc., Eletson Corporation,

Petitioners - Appellants, Docket Nos. 26-2085 (L), 26-2088 (Con)

Apargo Limited, Fentalon Limited, Desimusco Trading Limited,

Intervenors - Appellants,

Reed Smith LLP,

Interested Party - Appellant,

v.

Levona Holdings Ltd.,

Respondent - Appellee.

Appellants Eletson Holdings Inc., Reed Smith LLP, Eletson Corporation, Apargo Limited, Fentalon Limited, and Desimusco Trading Limited move to adjourn the appeals proposed for oral argument on December 16, 2026, pending the completion of briefing in two recently filed appeals, 26-2085 and 26-2088.

IT IS HEREBY ORDERED that the motion to adjourn is DENIED. The appeals docketed under 26-2085 and 26-2088 will be heard in tandem with the appeals proposed for December 16, 2026. The briefing schedule for 26-2085 and 26-2088 is as follows: Appellants' briefs are due November 2, 2026. Appellees' briefs are due November 30, 2026. Reply briefs, if any, are due December 7, 2026.

In addition, the parties in the appeals already proposed for December 16, 2026, and the parties in 26-2085 and 26-2088 who expect to argue on December 16, 2026, are directed to file with the Court one letter proposing argument time for the consolidated and tandem cases. Appellants and Appellees will be allotted 20 minutes to each side, including rebuttal time. The letter is due October 19, 2026.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe