Proskauer Proskauer Rose LLP Eleven Times Square, New York, New York 10036

October 19, 2026

Mark D. Harris
Member of the Firm
d +1.212.969.3530
f 212.969.2900
MHarris@proskauer.com
www.proskauer.com

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***In re Eletson Holdings Inc.*, No. 25-176; *Eletson Holdings Inc. v. Levona Holdings Ltd.*, Nos. 25-445, 25-1313, 26-2817, 26-2085 and 26-2088**

Dear Ms. O'Hagan Wolfe:

On October 2, 2026, the Court issued an Order granting Appellants' Motion to Have Appeals Heard in Tandem, and directing the parties to file with the Court one letter proposing argument time for the consolidated and tandem cases by October 19, 2026. Appellants and Appellees in the above referenced matters submit this letter setting forth their respective positions regarding time allocations.

Appellants' Position On Time Allocations

Appellants respectfully request the following allocations:

No. 25-176: 5 minutes

No. 26-287: 6 minutes

No. 26-2088: 4 minutes

No. 25-445: 0 minutes

Combined rebuttal: 5 minutes

In the interest of efficiency and to allow Appellants to tailor their rebuttal to all the arguments that preceded it, Appellants respectfully request one 5-minute combined rebuttal after the last argument in the collective appeals. If the Court instead orders separate rebuttal time at the end of the argument in each appeal, Appellants respectfully request 2 minutes for No. 25-176, 2 minutes for No. 26-287, and 1 minute for No. 26-2088.

Appellees' Position On Time Allocations

Because the three appeals for which Appellants seek argument time involve distinct issues and have not been consolidated with one another, Appellees respectfully request that each appeal be called separately, with any rebuttal occurring at the conclusion of the argument for that appeal.

If the Court proceeds appeal by appeal, Appellees respectfully request that their time for each appeal equal Appellants' total allocation (opening plus rebuttal) for that appeal.

If the Court permits Appellants to reserve a single rebuttal at the end of all arguments, Appellees respectfully request the following allocations:

No. 25-176: 6 minutes

No. 26-287: 10 minutes

No. 26-2088: 4 minutes

Respectfully submitted,

/s/ *Mark D. Harris*
Mark D. Harris

cc: All Counsel of Record (via ACMS)